UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Automated Teller Machine Advantage LLC, The
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983
Trust, The Aliza Wolfson Safier 1983 Trust, The
Rebecca Wolfson Wolmark 1983 Trust, The Daniel
Wolfson 1983 Trust, and The Elisheva Wolfson 1983
Trust,

                                                      Plaintiffs,

- against -

Walter Netschi, Vance Moore, Jr. a/k/a Vance Moore II
a/k/a Vance Moore, Danielle Jones, 36 Main Street LLC,
ATM Capital Inc., Exclusive Properties Group, Inc.,
Alain Brossman a/k/a Harry Brossman, and William
Munier,

                                                      Defendants.
------------------------------------------------------------------- x

Case No.:

08-CV-3340 (RMB)(FM)(ECF)

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs herein (private non-governmental parties) certifies that there is no parent corporation or publically held corporation owning 10% or more of any Plaintiff's stock.

Date: April 3, 2008

                                               _____
                                               Andrew M. Lankler (AL1202)
                                               Lankler & Carragher, LLP
                                               *Attorneys for Plaintiffs*
                                               845 Third Avenue
                                               17th Floor
                                               New York, NY 10022
                                               (212) 812-8910