# LANKLER & CARRAGHER, LLP

ATTORNEYS AT LAW

845 Third Avenue
17th Floor
New York, NY 10022

212/812.8910  Main
212/812.8912  Direct
212/812.8920  Fax

Andrew M. Lankler
alankler@lcattorneys.com
Admitted NY and NJ

April 4, 2008

**Via Hand Delivery**

Honorable Richard M. Berman
United States District Court Judge
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007-1312

Re: Automated Teller Machine Advantage LLC et al. v. Vance Moore, Jr., et al.
    Index No.: 08-CV-3340(RMB)(FM)

[MEMO ENDORSED stamp]

Handwritten endorsement: "The Court perceives no need for 9,100 pp of exhibits at this time. 144 pp complaint should be more than enough to put d/s on notice of pls' complaint. Court agrees with the Clerk.
SO ORDERED:
Date: 4/4/08     Richard M. Berman
Richard M. Berman, U.S.D.J."

Dear Judge Berman:

This firm represents plaintiffs in the above-referenced matter (the "Action") before your Honor. Please find enclosed a courtesy copy of the complaint, exhibit appendices and a Fed. R. Civ. P. 7.1 Statement.

Upon filing the complaint with the Clerk of the Court yesterday, we were advised to contact the Court to seek guidance on filing the exhibits to the complaint, which number roughly 9,000 pages. Accordingly, further to a telephone conversation my office had with Chambers today, I write to explain why plaintiffs require such a voluminous set of exhibits to the complaint.

The Action is predicated upon *inter alia* allegations of fraud and civil RICO violations, which the plaintiffs therein have endeavored to plead with sufficient particularity. Specifically, plaintiffs allege that the defendants have engaged in a scheme to defraud plaintiffs of roughly $16,475,000 by virtue of inducing the plaintiffs to invest money in a series of deals to purchase ATM machines through the defendants. Plaintiffs have therefore included as exhibits to the complaint documents evidencing these transactions, and the defendants' fraudulent conduct.

Please let me know if you have any questions or if I can provide anything further for the Court's convenience.

Thank you for your consideration in this matter.

Very truly yours,

Andrew M. Lankler

Enclosures

www.lcattorneys.com