%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  April 17, 2008 |
| NAME OF SERVER (PRINT)  Julissa Garcia | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served via overnight delivery on Charles W. Blau, Esq., counsel for Defendent Walter Netschi, as per the agreement of counsel.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/17/08
_____
Date

_Signature of Server_

Lawkler & Carragher, LLP
17th Floor
845 3rd Ave, New York, NY 10022
_Address of Server_

Sworn before me
on this 17th day
of April 2008

_[signature]_

JOSEPH J. PORROVECCHIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02PO6120520
QUALIFIED IN WEST COUNTY
COMMISSION EXPIRES DECEMBER 20, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

Automated Teller Machine Advantage LLC, The Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983 Trust, The Aliza Wolfson Safier 1983 Trust, The Rebecca Wolfson Wolmark 1983 Trust, The Daniel Wolfson 1983 Trust, and The Elisheva Wolfson 1983 Trust,

Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore, Exclusive Properties Group, Inc., Walter Netschi, 36 Main Street LLC, ATM Capital Inc., Danielle Jones, Alain Brossman a/k/a Harry Brossman, and William Munier,

Defendants.

------------------------------------------------------------------ x

Index No.: 08-CV-3340(RMB)(FM)(ECF)

**DECLARATION OF SERVICE**

I, Julissa Garcia, declare under penalty of perjury that on April 17, 2008, I caused defendant Walter Netschi to be personally served with the following documents by causing them to be personally served, via overnight delivery service, upon counsel for defendant Walter Netschi, Charles W. Blau, Esq.:

(i)   Summons; and
(ii)  Complaint;
(iii) Individual Practices of the Honorable Richard M. Berman;
(iv)  Individual Practices of Magistrate Judge Mass;
(v)   Notice of Initial Pretrial Conference set for May 9, 2008;
(vi)  Memo Endorsed Order of the Honorable Richard M. Berman dated April 4, 2008;
(vii) USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
(viii) USDC/SDNY Procedures for Electronic Case Filing; and
(ix)  USDC/SDNY Guidelines for Electronic Case Filing.

- 2 -

Dated: New York, New York
      April 17, 2008

_____
Julissa Garcia

Sworn to Before Me This
17th Day of April, 2008

_____
NOTARY PUBLIC

JOSEPH J. PORROVECCHIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02PO6120520
QUALIFIED IN WEST COUNTY
COMMISSION EXPIRES DECEMBER 20, 20_08_