♦AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 24, 2008 |
| NAME OF SERVER (PRINT) Byron Cruz | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via personal delivery to Stillman, Friedman & Schectman, P.C., counsel for Defendant Brossman, located at 425 Park Avenue, New York, New York 10022

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/25/08
              *Date*
           *Signature of Server*

           *Address of Server*

MAMADOU CAMARA
No. 01CA6116050
Notary Public, State of New York
Qualified in New York County
My Commission Expires 09/20/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Automated Teller Machine Advantage LLC, The
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983
Trust, The Aliza Wolfson Safier 1983 Trust, The
Rebecca Wolfson Wolmark 1983 Trust, The Daniel
Wolfson 1983 Trust, and The Elisheva Wolfson 1983
Trust,

          Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance
Moore, Exclusive Properties Group, Inc., Walter Netschi,
36 Main Street LLC, ATM Capital Inc., Danielle Jones,
Alain Brossman a/k/a Harry Brossman, and William
Munier,

         Defendants.
------------------------------------------------------------------- x

Index No.: 08-CV-3340(RMB)(FM)(ECF)

**DECLARATION OF SERVICE**

  I, Byron Cruz, declare under penalty of perjury that on April 24, 2008, I caused defendant Harry Brossman to be personally served with the following documents by causing them to be personally served via delivery to a person named Hudson of the firm Stillwell, Friedman & Shechtman, P.C. who stated they were authorized to accept to the following documents on behalf of Daniel V. Shapiro, Esq., counsel to Defendant Harry Brossman:

  (i)  Summons;
  (ii)  Complaint;
  (iii) Plaintiffs' Appendices Volumes I – XX;
  (iv) Individual Practices of the Honorable Richard M. Berman;
  (v)  Individual Practices of Magistrate Judge Mass;
  (vi) Notice of Initial Pretrial Conference set for May 9, 2008;
  (vii) Memo Endorsed Order of the Honorable Richard M. Berman dated April 4, 2008;
  (viii) USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
  (ix) USDC/SDNY Procedures for Electronic Case Filing; and
  (x)  USDC/SDNY Guidelines for Electronic Case Filing.

- 2 -

Dated: New York, New York
April 25, 2008

_____
Byron Cruz

Sworn to Before Me This
25th Day of April, 2008

_____
NOTARY PUBLIC

MAMADOU CAMARA
No. 01CA6116050
Notary Public, State of New York
Qualified in New York County
My Commission Expires 09/20/2008