# UNITED STATES DISTRICT COURT
## Southern District of New York

------------------------------------------------------------------ x

Automated Teller Machine Advantage LLC, The
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983
Trust, The Aliza Wolfson Safier 1983 Trust, The
Rebecca Wolfson Wolmark 1983 Trust, The Daniel
Wolfson 1983 Trust, and The Elisheva Wolfson 1983
Trust,

                      Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance
Moore, Exclusive Properties Group, Inc., Walter
Netschi, 36 Main Street LLC, ATM Capital Inc.,
Danielle Jones, Alain Brossman a/k/a Harry Brossman,
and William Munier,

                      Defendants.

------------------------------------------------------------------ x

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03340**

Judge Berman

TO:

ATM Capital Inc.
2001 Beach Street, Suite 626
Fort Worth, TX 76103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Andrew M. Lankler
LANKLER & CARRAGHER, LLP
845 Third Avenue, 17th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within **20 days** after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____        APR 0 3 2008
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | April 29, 2008 |
| NAME OF SERVER (PRINT) Julissa Garcia | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via overnight delivery on Charles W. Blau, Esq., counsel for Defendant ATM Capital Inc., as per the agreement of counsel.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/29/08
             Date

*Signature of Server*

Lankler & Carragher, LLP
845 3rd Avenue, 19th Floor
New York, New York 10022
*Address of Server*

Sworn before me on this
29th Day of April 2008

Joseph J. Porrovecchio
Notary Public

JOSEPH J. PORROVECCHIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02PO6120520
QUALIFIED IN WEST COUNTY
COMMISSION EXPIRES DECEMBER 20, 20 08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Automated Teller Machine Advantage LLC, The :
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983 :
Trust, The Aliza Wolfson Safier 1983 Trust, The : Index No.: 08-CV-3340(RMB)(FM)(ECF)
Rebecca Wolfson Wolmark 1983 Trust, The Daniel :
Wolfson 1983 Trust, and The Elisheva Wolfson 1983 : **DECLARATION OF SERVICE**
Trust, :
　:
Plaintiffs, :
- against - :
　:
Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance :
Moore, Exclusive Properties Group, Inc., Walter Netschi, :
36 Main Street LLC, ATM Capital Inc., Danielle Jones, :
Alain Brossman a/k/a Harry Brossman, and William :
Munier, :
　:
Defendants. :
------------------------------------------------------------------- x

    I, Julissa Garcia, declare under penalty of perjury that on April 28, 2008, I caused defendant ATM Capital Inc. to be personally served with the following documents by causing them to be personally served, via overnight delivery service, upon counsel for defendant ATM Capital Inc., Charles W. Blau, Esq.:

    (i)    Summons; and
    (ii)   Complaint;
    (iii)  Individual Practices of the Honorable Richard M. Berman;
    (iv)  Individual Practices of Magistrate Judge Mass;
    (v)   Notice of Initial Pretrial Conference set for May 9, 2008;
    (vi)  Memo Endorsed Order of the Honorable Richard M. Berman dated April 4, 2008;
    (vii)  USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
    (viii) USDC/SDNY Procedures for Electronic Case Filing; and
    (ix)  USDC/SDNY Guidelines for Electronic Case Filing.

- 2 -

Dated: New York, New York
April 29, 2008

_____
Julissa Garcia

Sworn to Before Me This
29th Day of April, 2008

_____
NOTARY PUBLIC

JOSEPH J. PORROVECCHIO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02PO6120520
QUALIFIED IN WEST COUNTY
COMMISSION EXPIRES DECEMBER 20, 2008