## UNITED STATES DISTRICT COURT
Southern District of New York

------------------------------------------------------------------- x

Automated Teller Machine Advantage LLC, The
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983
Trust, The Aliza Wolfson Safier 1983 Trust, The
Rebecca Wolfson Wolmark 1983 Trust, The Daniel
Wolfson 1983 Trust, and The Elisheva Wolfson 1983
Trust,

                                                           Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance
Moore, Exclusive Properties Group, Inc., Walter
Netschi, 36 Main Street LLC, ATM Capital Inc.,
Danielle Jones, Alain Brossman a/k/a Harry Brossman,
and William Munier,

                                                           Defendants.

------------------------------------------------------------------- x

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03340**

Judge Berman


TO:

William Munier
324 Grix Court
New Milford, NJ 07646

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Andrew M. Lankler
LANKLER & CARRAGHER, LLP
845 Third Avenue, 17th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within **20 days** after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                         APR 0 3 2008
CLERK                                                                        DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 29, 2008 |
| NAME OF SERVER (PRINT) Carmenza Mejia | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: J. Munier (Defendant Munier's wife).

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on the 01st of May, 2008    _Carmenza Mejia_
         Date                          Signature of Server

Mamado Camara

                                    Address of Server

MAMADOU CAMARA
No. 01CA6116050
Notary Public, State of New York
Qualified in New York County
My Commission Expires 09/20/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Automated Teller Machine Advantage LLC, The : 
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983 :
Trust, The Aliza Wolfson Safier 1983 Trust, The : Index No.: 08-CV-3340(RMB)(FM)(ECF)
Rebecca Wolfson Wolmark 1983 Trust, The Daniel :
Wolfson 1983 Trust, and The Elisheva Wolfson 1983 : **DECLARATION OF SERVICE**
Trust, :
:
                                                        Plaintiffs, :
:
- against - :
:
Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance :
Moore, Exclusive Properties Group, Inc., Walter Netschi, :
36 Main Street LLC, ATM Capital Inc., Danielle Jones, :
Alain Brossman a/k/a Harry Brossman, and William :
Munier, :
:
                                                        Defendants. :
------------------------------------------------------------------- x

I, Carmenza Mejia, declare under penalty of perjury that on April 29, 2008, I caused defendant William Munier to be personally served with the following documents by causing them to be served via delivery of the documents to J. Munier, a person of suitable age and discretion who resides at Defendant Munier's dwelling or usual place of abode:

(i)     Summons;
(ii)    Complaint;
(iii)   Plaintiffs' Appendices Volumes I – XX;
(iv)    Individual Practices of the Honorable Richard M. Berman;
(v)     Individual Practices of Magistrate Judge Mass;
(vi)    Notice of Initial Pretrial Conference set for May 9, 2008;
(vii)   Memo Endorsed Order of the Honorable Richard M. Berman dated April 4, 2008;
(viii)  USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
(ix)    USDC/SDNY Procedures for Electronic Case Filing; and
(x)     USDC/SDNY Guidelines for Electronic Case Filing.

Dated: New York, New York
April 30, 2008

_____
Carmenza Mejia

Sworn to Before Me This  01ST of MAY, 2008
30th ~~Day of April, 2008~~

_____
NOTARY PUBLIC

MAMADOU CAMARA
No. 01CA6116050
Notary Public, State of New York
Qualified in New York County
My Commission Expires 09/20/2008

- 2 -