# UNITED STATES DISTRICT COURT
Southern District of New York

------------------------------------------------------------------- x

Automated Teller Machine Advantage LLC, The
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983
Trust, The Aliza Wolfson Safier 1983 Trust, The
Rebecca Wolfson Wolmark 1983 Trust, The Daniel
Wolfson 1983 Trust, and The Elisheva Wolfson 1983
Trust,

            Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance
Moore, Exclusive Properties Group, Inc., Walter
Netschi, 36 Main Street LLC, ATM Capital Inc.,
Danielle Jones, Alain Brossman a/k/a Harry Brossman,
and William Munier,

            Defendants.

------------------------------------------------------------------- x

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03340**

**Judge Berman**


TO:

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore
35414 Old Lake Unity Road
Fruitland Park, FL 34741

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Andrew M. Lankler
LANKLER & CARRAGHER, LLP
845 Third Avenue, 17th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within **20 days** after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

APR 0 3 2008

---
CLERK                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾
**DATE:** 4/30/2008

**NAME OF SERVER (PRINT):** THOMAS E. EVANS
**TITLE:** Owner - Pinnacle Business Services

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: ROADWAY; INTERSECTION of US I-40 WEST and NC Hwy 64, AND, ...

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other (specify): Delivered Addendum Documents to Mrs. Darcy Moore at 9013 Chelsea Drive, Raleigh, NC 27603

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/30/2008
*Date*

*Signature of Server:* Thomas E. Evans

*Address of Server:* 4 Pinnacle Point, Clayton, NC 27527

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
Automated Teller Machine Advantage LLC, The :
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983 :
Trust, The Aliza Wolfson Safier 1983 Trust, The : Index No.: 08-CV-3340(RMB)(FM)(ECF)
Rebecca Wolfson Wolmark 1983 Trust, The Daniel :
Wolfson 1983 Trust, and The Elisheva Wolfson 1983 : **DECLARATION OF SERVICE**
Trust, :
 :
                                        Plaintiffs, :
- against - :
 :
Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance :
Moore, Exclusive Properties Group, Inc., Walter Netschi, :
36 Main Street LLC, ATM Capital Inc., Danielle Jones, :
Alain Brossman a/k/a Harry Brossman, and William :
Munier, :
 :
                                        Defendants. :
------------------------------------------------------------------ x

I, Thomas Evans, declare under penalty of perjury that on April 30, 2008, I personally served Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore with the following documents:

  (i)     Summons; and
  (ii)    Complaint;
  (iii)   Individual Practices of the Honorable Richard M. Berman;
  (iv)    Individual Practices of Magistrate Judge Mass;
  (v)     Notice of Initial Pretrial Conference set for May 9, 2008;
  (vi)    Memo Endorsed Order of the Honorable Richard M. Berman dated April 4, 2008;
  (vii)   USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
  (viii)  USDC/SDNY Procedures for Electronic Case Filing; and
  (ix)    USDC/SDNY Guidelines for Electronic Case Filing.

I further declare under penalty of perjury that on April 30, 2008, I caused defendant Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore to be personally served with the following documents by causing them to be served via delivery of the documents to Mrs. Moore, a person of suitable age and discretion who resides at Defendant Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore's dwelling or usual place of abode:

(x)   Plaintiffs' Appendices Volumes I – XX.

Dated: CLAYTON, North Carolina
~~May~~ 30, 2008
April

_____
THOMAS EVANS

Sworn to Before Me This
30 Day of April, 2008

_____
NOTARY PUBLIC
exp 4/3/2011