# UNITED STATES DISTRICT COURT
Southern District of New York

---

Automated Teller Machine Advantage LLC, The Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983 Trust, The Aliza Wolfson Safier 1983 Trust, The Rebecca Wolfson Wolmark 1983 Trust, The Daniel Wolfson 1983 Trust, and The Elisheva Wolfson 1983 Trust,

                                       Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore, Exclusive Properties Group, Inc., Walter Netschi, 36 Main Street LLC, ATM Capital Inc., Danielle Jones, Alain Brossman a/k/a Harry Brossman, and William Munier,

                                       Defendants.

---

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03340**

**Judge Berman**

*[Handwritten:]* To HAND: 29 APRIL 08 @ 11:17 AM
SERVED: 1 MAY 08 4:28 PM
TO: CHARLES D. JOHNSON
REGISTERED AGENT for
EXCLUSIVE PROPERTIES
GROUP, INC
AT: 907 WEBSTER ST
LEESBURG, FL 34748
By: DONNA SMITH
BADGE #5387

TO:

Exclusive Properties Group, Inc.
301 South Richey Road, Suite 101
Leesburg, FL 34748

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Andrew M. Lankler
LANKLER & CARRAGHER, LLP
845 Third Avenue, 17th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within **20 days** after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK *[signature]*                  DATE    APR 0 3 2008

(By) DEPUTY CLERK

⚜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>1 MAY 08 |
| NAME OF SERVER (PRINT)<br>DONNA SMITH | TITLE<br>CERTIFIED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
SERVED TO REGISTERED AGENT, CHARLES D. JOHNSON, 907 WEBSTER ST LEESBURG, FLORIDA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $50.00 | TOTAL $0.00 50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1 May 08        *Donna Smith*
              Date             Signature of Server

              3020 LAMBERTON BLVD #112-15
              Address of Server
              ORLANDO, FL 32825

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

Automated Teller Machine Advantage LLC, The
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983
Trust, The Aliza Wolfson Safier 1983 Trust, The
Rebecca Wolfson Wolmark 1983 Trust, The Daniel
Wolfson 1983 Trust, and The Elisheva Wolfson 1983
Trust,

                                Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance
Moore, Exclusive Properties Group, Inc., Walter Netschi,
36 Main Street LLC, ATM Capital Inc., Danielle Jones,
Alain Brossman a/k/a Harry Brossman, and William
Munier,

                              Defendants.
------------------------------------------------------------------ x

Index No.: 08-CV-3340(RMB)(FM)(ECF)

**DECLARATION OF SERVICE**

I, Donna Smith, declare under penalty of perjury that on May 1, 2008, I caused defendant Exclusive Properties Group, Inc. to be served with the following documents by causing them to be delivered to Charles D. Johnson, a registered agent authorized by appointment to receive service on behalf of defendant Exclusive Properties Group, Inc.:

    (i)      Summons;
    (ii)     Complaint;
    (iii)    Plaintiffs' Appendices Volumes I – XX;
    (iv)    Individual Practices of the Honorable Richard M. Berman;
    (v)     Individual Practices of Magistrate Judge Mass;
    (vi)    Notice of Initial Pretrial Conference set for May 9, 2008;
    (vii)   Memo Endorsed Order of the Honorable Richard M. Berman dated April 4, 2008;
    (viii)  USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
    (ix)    USDC/SDNY Procedures for Electronic Case Filing; and
    (x)     USDC/SDNY Guidelines for Electronic Case Filing.

- 2 -

Dated: May 2, 2008, Florida
      May 2, 2008

                                                                Donna Smith

Sworn to Before Me This
~~30th~~ 2nd Day of ~~April~~ May, 2008

NOTARY PUBLIC

EDITH GATES
Notary Public, State of Florida
Commission# DD326142
My comm. expires June 06, 2008

- 2 -