## UNITED STATES DISTRICT COURT
Southern District of New York

---

Automated Teller Machine Advantage LLC, The Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983 Trust, The Aliza Wolfson Safier 1983 Trust, The Rebecca Wolfson Wolmark 1983 Trust, The Daniel Wolfson 1983 Trust, and The Elisheva Wolfson 1983 Trust,

                                     Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore, Exclusive Properties Group, Inc., Walter Netschi, 36 Main Street LLC, ATM Capital Inc., Danielle Jones, Alain Brossman a/k/a Harry Brossman, and William Munier,

                                     Defendants.

---

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03340**

Judge Berman

TO:

Danielle Jones
6709 Mason Drive
McKinney, TX 75070

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Andrew M. Lankler
LANKLER & CARRAGHER, LLP
845 Third Avenue, 17th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within **20 days** after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

(By) DEPUTY CLERK

DATE APR 0 3 2008

■AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 9, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Julissa Garcia | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via United States mail on Debra Karlstein, Esq. counsel for Defendant Danielle Jones, as per the agreement of counsel.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 12, 2008
                    Date

Signature of Server

Lankler & Carragher, LLP
845 3rd Avenue, 17th Floor
New York, New York 10022
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.