UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Automatic Teller Machine Advantage
            Plaintiff(s),                                    **Case Management Plan**

    - v -                                              08 CV. 3340 (RMB)

Moore et al
            Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/08

  The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by  June 30, 2008

(ii)    Amend the pleadings by  July 30, 2008

(iii)   All discovery to be **expeditiously** completed by  Sept 15, 2008 (FACT + Expert) RMB

(iv)    Consent to Proceed before Magistrate Judge  Not at this time.

(v)     Status of settlement discussions  None  9/16/08 @ 11:00 AM with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions

(vii)   Oral Argument

(viii)  Joint Pre-Trial Order to be submitted by

(ix)    Final Pre-Trial Conference

(x)     Trial  Issues

(xi)    Other  Refer Discovery to Magistrate Judge


SO ORDERED: New York, New York
   5/14/08

                                                    RMB
                                        _____
                                        Hon. Richard M. Berman, U.S.D.J.