AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

## APPEARANCE

Case Number: 08-cv-3340 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alain Brossman a/k/a Harry Brossman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/16/2008 | *John Harris* /DVS |
| Date | Signature |
| | John B. Harris — JBH-4038 |
| | Print Name — Bar Number |
| | Stillman, Friedman & Shechtman, P.C.   425 Park Avenue |
| | Address |
| | New York   NY   10022 |
| | City   State   Zip Code |
| | (212) 223-0200   (212) 223-1942 |
| | Phone Number   Fax Number |