AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

## APPEARANCE

Case Number: 08-cv-3340 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alain Brossman a/k/a Harry Brossman

I certify that I am admitted to practice in this court.

| 6/16/2008 | [signature] |
|---|---|
| Date | Signature |

| Daniel V. Shapiro | DS-7677 |
|---|---|
| Print Name | Bar Number |

| Stillman, Friedman & Shechtman, P.C. | 425 Park Avenue |
|---|---|
| Address | |

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 223-0200 | (212) 223-1942 |
|---|---|
| Phone Number | Fax Number |