

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Automated Teller Machine Advantage LLC, The
Abraham Wolfson 1983 Trust, The Aaron Wolfson 1983
Trust, The Aliza Wolfson Safier 1983 Tuest, The
Rebecca Wolfson Wolmark 1983 Trust, The Daniel
Wolfson 1983 Truest, and The Elisheva Wolfson 1983
Trust,

                                  Plaintiffs,

- against -

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance
Moore, Exclusive Properties Group, Inc., Walter Netschi,
36 Main Street LLC, ATM Capital Inc., Danielle Jones,
Alain Brossman a/k/a Harry Brossman, and William
Munier,

                                  Defendants.
------------------------------------------------------------------x

: Index No. 08 CV 3340 (RMB)(FM)

: **STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/17/08

       IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the

parties, that the time for defendants Walter Netschi, Danielle Jones, 36 Main Street LLC, and

ATM Capital Inc. to answer or otherwise respond to plaintiffs Complaint is extended through

and including July 16, 2008.

SPEARS & IMES LLP

By:   David Spears
       Debra A. Karlstein
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849

*Attorneys for Defendants Walter Netschi, Danielle
Jones, 36 Main Street LLC, and ATM Capital Inc.*

June 13, 2008

LANKLER & CARRAGHER, LLP

By:   Andrew M. Lankler
       James W. Versocki
       Joseph J. Porrovecchio
845 Third Avenue, 17th floor
New York, New York 10022
Tel: (212) 812-8910
Fax: (212) 812-8920

*Attorneys for Plaintiffs*

June ___, 2008

SO ORDERED:

RICHARD M. BERMAN U.S.D.J.
6/16/08