*NORMAN, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AUTOMATED TELLER MACHINE
ADVANTAGE LLC, THE ABRAHAM
WOLFSON 1983 TRUST, THE AARON
WOLFSON 1983 TRUST, THE ALIZA
WOLFSON SAFIER 1983 TRUST, THE
REBECCA WOLFSON WOLMARK 1983
TRUST, THE DANIEL WOLFSON 1983 TRUST,
AND THE ELISHEVA WOLFSON 1983 TRUST,

                Plaintiffs,

               - against -

VANCE MOORE, JR. A/K/A VANCE MOORE II
A/K/A VANCE MOORE, EXCLUSIVE
PROPERTIES GROUP, INC., WALTER
NETSCHI, 36 MAIN STREET LLC, ATM
CAPITAL INC., DANIELLE JONES, ALAIN
BROSSMAN A/K/A HARRY BROSSMAN, AND
WILLIAM MUNIER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 08 CV 3340 (RMB)(FM)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

        IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for

the parties, that the time for defendant Alain Brossman a/k/a Harry Brossman to answer or

otherwise respond to plaintiffs' Complaint is extended through and including July 16, 2008.

Dated: New York, New York
      June 16, 2008

                STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

                By: _____
                   John B. Harris (JH4038)
                   Daniel V. Shapiro (DS7677)
            425 Park Avenue
            New York, New York 10022

Tel: (212) 223-0200
Fax: (212) 223-1942
*Attorneys for Defendant Harry Brossman*

LANKLER & CARRAGHER, LLP

By: _____
    Andrew M. Lankler (AL1202)
    James W. Versocki (JV6877)
    Joseph J. Porrovecchio (JP6788)
845 Third Avenue, 17th Floor
New York, New York 10022
Tel: (212) 812-8910
Fax: (212) 812-8920
*Attorneys for Plaintiffs*

SO ORDERED

June 23 2008

$RMB$

_____
Honorable Richard M .Berman,
United States District Judge

2