BERMAN J.

**FRANKEL & ABRAMS**
Sandor Frankel
Stuart E. Abrams (SA-6957)
230 Park Avenue
New York, NY 10169
(212) 661-5000
Attorneys for Defendants
Vance Moore, Jr. and
Exclusive Properties Group, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AUTOMATED TELLER MACHINE
ADVANTAGE, LLC, et al.,           :

                 Plaintiffs,       :
                                          No. 08 Civ. 3340 (RMB)(FM)
     - against -                   :
                                          **STIPULATION AND ORDER**
VANCE MOORE, JR., et al.,          :

                                   :
                 Defendants.
------------------------------------x

It is hereby stipulated and agreed by and between the undersigned counsel that the time for defendants Vance Moore, Jr. and Exclusive Properties Group, Inc. to move, answer, or otherwise respond to the Complaint herein is extended through and including July 16, 2008.

Dated: New York, New York
       June 19, 2008

**LANKLER & CARRAGHER, LLP**                      **FRANKEL & ABRAMS**


By: _____                      By: _____
Andrew M. Lankler (AL-1202)                        Stuart E. Abrams (SA-6957)
James W. Versocki (JV6877)                         William J. Brady, III (WB5965)
Joseph J. Porrovecchio (JP6788)                    230 Park Avenue
845 Third Avenue, 17th Floor                       New York, NY 10169
New York, NY 10022                                 (212) 661-5000

(212) 812-8910  
Attorneys for Plaintiffs

Attorneys for Defendants  
Vance Moore, Jr. and  
Exclusive Properties Group, Inc.

SO ORDERED:

*RMB*
_____
Honorable Richard M. Berman  
U.S.D.J.  
**6/23/08**

2