LAW OFFICES
## STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
KATIE M. LACHTER
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**MEMO ENDORSED**

**BY HAND**

July 11, 2008



Hon. Richard M. Berman, USDJ
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Automatic Teller Machine Advantage LLC, et al. v. Moore, et al.,
08 CV 3340 (RMB)(FM)

Dear Judge Berman:

We write on behalf of all parties in this case with respect to our request to adjourn the scheduled July 30 pre-motion conference before Your Honor.

The parties are currently scheduled to appear in the matter before Magistrate-Judge Maas on July 22 at 10 a.m. It would be ideal if Your Honor could move the pre-motion conference to the morning of July 22, either before or after that time.

If July 22 does not work for the Court, all parties are available for the conference on July 24, August 7 or 8 or the morning of August 9.

Thank you for your attention to this matter.

Respectfully submitted,

John B. Harris

Andrew Lankler, Esq. (counsel for plaintiffs)
Stuart E. Abrams, Esq.
Bettina Schein, Esq.
Debra A. Karlstein, Esq. (all by fax)

Application granted. Conference adjourned to 7/22/08 at 10:45 a.m.

SO ORDERED:
Date: 7/14/08
Richard M. Berman, U.S.D.J.