# LANKLER & CARRAGHER, LLP
ATTORNEYS AT LAW

# MEMO ENDORSED

845 Third Avenue
17th Floor
New York, NY 10022

212/812.8910  Main
212/812.8912  Direct
212/812.8920  Fax

Andrew M. Lankler
alankler@lcattorneys.com
Admitted NY and NJ



By Facsimile 212-805-6717

July 21, 2008

Honorable Richard M. Berman, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Automated Teller Machine Advantage LLC *et al.* v. Vance Moore, Jr. *et al.*
      Index No.: 08-CV-3340(RMB)(FM)

Dear Judge Berman:

This firm represents Plaintiffs in the above-referenced action. We received a call from your chambers asking the parties to provide alternative dates for the pre-motion conference scheduled for tomorrow, July 22, 2008 at 10:45 a.m.

Counsel for the defendants have informed us that they are all available to attend a pre-motion conference on Thursday, July 23, 2008, between the hours of 11:15 a.m. and 12:30 p.m. We are also available to attend at those times.

Respectfully submitted,

Andrew M. Lankler

cc:   Debra A. Karlstein, Esq.  (By facsimile)
      John B. Harris, Esq.  (By facsimile)
      Bettina Schein, Esq.  (By facsimile)
      Stuart E. Abrams, Esq.  (By facsimile)

Application granted. Conference adjourned to 7/23/08 at 11:30 a.m.

SO ORDERED:
Date: 7/21/08
Richard M. Berman, U.S.D.J.

www.lcattorneys.com