# LANKLER & CARRAGHER, LLP
ATTORNEYS AT LAW

845 Third Avenue
17th Floor
New York, NY 10022

212/812-8910  Main
212/812-8912  Direct
212/812-8920  Fax

Andrew M. Lankler
alankler@lcattorneys.com
Admitted NY and NJ

**RECEIVED JUL 22 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

**By Facsimile 212-805-6717**

July 22, 2008

Honorable Richard M. Berman, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:  Automated Teller Machine Advantage LLC *et al.* v. Vance Moore, Jr. *et al.*
     Index No.: 08-CV-3340(RMB)(FM)

Dear Judge Berman:

This firm represents Plaintiffs in the above-referenced action. We received a call from your chambers asking the parties to provide alternative dates for the pre-motion conference scheduled for today, July 22, 2008 at 10:45 a.m.

Yesterday, I informed the Court that the parties would be available for a conference on Thursday, July 23, 2008, between the hours of 11:15 a.m. and 12:30 p.m. Although Thursday was correct, the date requested should have been July 24, 2008.

Would you Honor be able to hold the pre-motion conference currently scheduled for tomorrow at 11:30 a.m. on Thursday, July 24, 2008, between the hours of 11:15 a.m. and 12:30 p.m.?

Respectfully submitted,

Andrew M. Lankler

cc: Debra A. Karlstein, Esq. (By facsimile)
    John B. Harris, Esq. (By facsimile)
    Bettina Schein, Esq. (By facsimile)
    Stuart E. Abrams, Esq. (By facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

Application granted. Conference adjourned to 7/24/08 at 11:45 a.m.

SO ORDERED:
Date: 7/22/08

Richard M. Berman, U.S.D.J.

www.lcattorneys.com