UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Automated Teller Machine Advantage LLC,  :
:
                                                        Plaintiff,  : Index No.: 08-CV-3340(RMB)(FM)(ECF)
- against -  :
: **DECLARATION OF SERVICE**
Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance  :
Moore, Exclusive Properties Group, Inc., Walter  :
Netschi, 36 Main Street LLC, ATM Capital Inc.,  :
Danielle Jones, Alain Brossman a/k/a Harry Brossman,  :
and William Munier,  :
:
:
                                                Defendants.  :
------------------------------------------------------------------- x

I, John Dalebroux, declare under penalty of perjury that on August 15, 2008, I caused defendant Alain Brossman a/k/a Harry Brossman to be personally served with the following document – Amended Complaint - by causing it to be personally served, via delivery by first-class mail through the United States Postal Service, upon counsel for defendant Alain Brossman a/k/a Harry Brossman: John B. Harris, Esq. Stillman, Friedman, Schechtman, P.C., 425 Park Avenue, New York, NY 10022.


Dated: New York, New York
       August 15, 2008

                                                          _____
                                                          John Dalebroux


Sworn to Before Me This
15th Day of August, 2008

_____
NOTARY PUBLIC

JAMES W. VERSOCKI
Notary Public - State of New York
No. 02VE6053806
Qualified in Queens County
My Commission Expires 1/16/11