UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Automated Teller Machine Advantage LLC,

                                          Plaintiff,   :  Index No.: 08-CV-3340(RMB)(FM)(ECF)

- against -

                                                               **DECLARATION OF SERVICE**

Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance
Moore, Exclusive Properties Group, Inc., Walter
Netschi, 36 Main Street LLC, ATM Capital Inc.,
Danielle Jones, Alain Brossman a/k/a Harry Brossman,
and William Munier,

                                          Defendants.
------------------------------------------------------------------- x

I, John Dalebroux, declare under penalty of perjury that on August 15, 2008, I caused defendants Walter Netschi, 36 Main Street LLC, ATM Capital Inc., and Danielle Jones to be personally served with the following document – Amended Complaint - by causing it to be personally served, via delivery by first-class mail through the United States Postal Service, upon counsel for defendants Walter Netschi, 36 Main Street LLC, ATM Capital Inc., and Danielle Jones: Debra A. Karlstein, Esq., Spear & Imes LLP, 51 Madison Avenue, 25th Floor, New York, NY 10010-1603.

Dated: New York, New York
         August 15, 2008

                                                                  _____
                                                                   John Dalebroux

Sworn to Before Me This
15th Day of August, 2008

_____
NOTARY PUBLIC

JAMES W. VERSOCKI
Notary Public - State of New York
No. 02VE6053806
Qualified in Queens County
My Commission Expires 1/16/11