UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
Automated Teller Machine Advantage LLC,        :
                                               :
                              Plaintiff,       :   Index No.: 08-CV-3340(RMB)(FM)(ECF)
- against -                                    :
                                               :   **DECLARATION OF SERVICE**
Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance  :
Moore, Exclusive Properties Group, Inc., Walter :
Netschi, 36 Main Street LLC, ATM Capital Inc., :
Danielle Jones, Alain Brossman a/k/a Harry Brossman, :
and William Munier,                            :
                                               :
                              Defendants.      :
-------------------------------------------------------------- x

I, John Dalebroux, declare under penalty of perjury that on August 15, 2008, I caused defendant William Munier to be personally served with the following document – Amended Complaint - by causing it to be personally served, via delivery by first-class mail through the United States Postal Service, upon counsel for defendant William Munier: Bettina Schein, Esq., 260 Madison Avenue, 20th Floor, New York, NY 10016.

Dated: New York, New York
       August 15, 2008

                                                    _____
                                                    John Dalebroux

Sworn to Before Me This
15th Day of August, 2008

_____
NOTARY PUBLIC

JAMES W. VERSOCKI
Notary Public - State of New York
No. 02VE6053805
Qualified in Queens County
My Commission Expires 1/16/11