UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
Automated Teller Machine Advantage LLC, The Abraham :
Wolfson 1983 Trust, The Aaron Wolfson 1983 Trust, : Index No. 08 CV 3340 (RMB)(FM)
The Aliza Wolfson Safier 1983 Trust, The Rebecca :
Wolfson Wolmark 1983 Trust, The Daniel Wolfson : **NOTICE OF MOTION**
1983 Trust, and The Elisheva Wolfson 1983 Trust, :
                Plaintiffs, :
- against - :
 :
Vance Moore, Jr. a/k/a Vance Moore II a/k/a Vance Moore, :
Exclusive Properties Group, Inc., Walter Netschi, 36 Main :
Street LLC, ATM Capital Inc., Danielle Jones, Alain :
Brossman a/k/a Harry Brossman, and William Munier, :
                Defendants. :
-------------------------------------------------------------------------x

  PLEASE TAKE NOTICE that upon the annexed Declaration of John B. Harris, with exhibits, dated September 5, 2008, and the accompanying Memorandum of Law dated September 5, 2008, Defendants, by their undersigned attorneys, will move this Court, before the Honorable Richard M. Berman, United States District Judge, at the United States Courthouse, Courtroom 21D, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order dismissing plaintiff's complaint pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted, and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
    September 5, 2008

FRANKEL & ABRAMS


 /s Stuart E. Abrams (with consent)
By:     Stuart E. Abrams
230 Park Avenue
New York, New York 10169
Tel: (212) 661-5000
Fax: (212) 661-5007

*Attorneys for Defendants Vance Moore and*
*Exclusive Properties Group, Inc.,*


SPEARS & IMES LLP


 /s Debra A. Karlstein (with consent)
By:     David Spears
        Debra A. Karlstein
51 Madison Avenue, 25th floor
New York, New York 10010
Tel: (212) 213-1715
Fax: (212) 213-0849

*Attorneys for Defendants Walter Netschi, Danielle*
*Jones, 36 Main Street LLC, and ATM Capital Inc.*


STILLMAN, FRIEDMAN & SHECHTMAN, P.C.


 /s John B. Harris_____
By:     John B. Harris
425 Park Avenue
New York, New York 10022
Tel: (212) 223-0200
Fax: (212) 223-1942

*Attorneys for Defendant Alain Brossman*

2

                BETTINA SCHEIN, ESQ.

                <u>/s Bettina Schein (with consent)</u>
                260 Madison Avenue, 20th Floor
                New York, New York  10016
                Tel: (212) 679-6605
                Fax: (212) 448-6273

                *Attorneys for Defendant William Munier*

TO:    LANKLER & CARRAGHER, LLP
        Andrew M. Lankler
        James W. Versocki
        Joseph J. Porrovecchio
        845 Third Avenue, 17th floor
        New York, New York 10022

        *Attorneys for Plaintiffs*